UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
YSN IMPORTS, INC. and ASHTEAD HOLDINGS INC.,

    Case No. 1:20-cv-5981

    Plaintiffs,

**NOTICE OF APPEARANCE**

    -against-

FEIGE "PEGGY" OBERLANDER, U SHIPPERS GROUP, INC., U SHIPPERS GROUP MANAGEMENT CO., INC. and GREEN NORTH AMERICA, INC.,

    Defendants.
---------------------------------------------------------------X

    PLEASE TAKE NOTICE that Daniel P. Jaffe of Husch Blackwell LLP hereby enters his appearance as counsel for the Defendants, Feige "Peggy" Oberlander, U Shippers Group. Inc., U Shippers Group Management Co., Inc. and Green North America, Inc.

    I certify that I am admitted to practice in this court. All papers and filings in this action must be served on the undersigned as required by Rule 5 of the Federal Rules of Civil Procedure and Local Rules 5.2, 5.3 and 6.1.

Dated:  New York, New York
        December 8, 2020

                HUSCH BLACKWELL LLP

                By: */s/ Daniel P. Jaffe*
                     Daniel P. Jaffe
                     60 East 42nd Street, Suite 4600
                     New York, NY 10165
                     dan.jaffe@huschblackwell.com
                     t 212.485.9805
                     f 314.480.1505
                *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing was served by electronic mail via the ECF system on counsel of record in the above-captioned matter on the date the foregoing was electronically filed.

                                             */s/ Daniel P. Jaffe*
                                             Daniel P. Jaffe